ERIN DENNIS
v.
RAY KENT AND DOES

CASE NOTE

U.S. COURT WESTERN

Erin Dennis complains against defendants for defamation of Character, TREASON, SLAVERY, Cruel & Unusual Punishment, MURDER, WAR CRIMES, Embezzlement & other criminal acts.

RELIEF SOUGHT

Religious Freedom Enforced, Religious Beliefs Protected, FAMILY FREED From SLAVERY, Reputation Restored/Repaired, invoice paid JUSTICE JUSTICE JUSTICE

Respectfully: Erin Dennis P.O. Box 2601 Athens, TX 75751

972-754-0976 Ajsecurty@gmail.com

6767 SH 198 Mabank, TX 75156    Erin Dennis 6/27/24

Jay Williams 2300216
P.O. Box 2601
Athens, TX 75751

DOJ IS PURE EVIL
DOJ TURNED AGAINST U.S.A. & TX
TREASONOUS SNAKES MURDERERS
AGG KIDNAPPERS HUMAN TRAFFICKERS
OF OUR CHILDREN SLAVERS TORTURERS
COMMUNISTS TERRORISTS COWARDS
EMBEZZLERS SLANDERERS NO JUSTICE
FOR POW AKA U.S.A. CITIZENS IN SLAVERY
NO JURISDICTION GOVT. TURNED AGAINST U.S.A. & TX
BAIL PAID 100% STILL IN JAIL EVIDENCE DESTROYED
MORAL TURPITUDE LIFE SAFETY CODE VIOLATIONS
HOMELAND SECURITY COMPROMISED COURTS CLOSED
ALL U.S.A. CASES COMPROMISED INCOMMUNICADO
ATTORNEY CLIENT PRIVILEGE ABOLISHED

ONLY PERSON IN U.S.A. HISTORY WHO CAN'T GET A LAWYER

District Clerk
110 Michigan N.W.
Grand Rapids, MI 49503

NORTH TEXAS TX P&DC
DALLAS TX 750
22 JUL 2024 PM 8 L